**DISMISS and Opinion Filed February 28, 2023**



**In The**

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00831-CV

**AALIYAH MARSHALL & ALL OTHER OCCUPANTS, Appellant**
**V.**
**CEDAR GLEN APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-03692-D**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Garcia
Opinion by Justice Garcia

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by January 4, 2023. By postcard dated January 20, 2023, we informed appellant her brief was overdue and directed her to file her brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


                                                        /Dennise Garcia/

                                                        DENNISE GARCIA
                                                        JUSTICE

220831F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

AALIYAH MARSHALL & ALL
OTHER OCCUPANTS, Appellant

No. 05-22-00831-CV          V.

CEDAR GLEN APARTMENTS,
Appellee

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-22-03692-
D.
Opinion delivered by Justice Garcia.
Justices Reichek and Nowell
participating.

　　In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.


Judgment entered February 28, 2023